# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**JUDY FERGASON**

    vs.                    **CASE NO: 3:08-cv-90 (GLS/GJD)**

**MICHAEL ASTRUE,**
**Commissioner of Social Security**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Consent Order to Remand by and between the parties in the above entitled action, the final decision of the Commissioner is REVERSED, and the matter is REMANDED to the Defendant for further administrative action. This matter is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable Magistrate Judge Gustave J. DiBianco, dated the 10th day of February, 2009.

DATED: February 10, 2009

                                                      *[signature]*
                                                      Clerk of Court

                                                      s/ _____
                                                      Melissa Ennis
                                                      Deputy Clerk